JOHANNA HERNANDEZ, Respondent, v 35-55 73RD STREET, LLC, et al., Appellants. [934 NYS2d 332]—

The Supreme Court correctly denied, as untimely, the summary judgment motion of the defendant 35-55 73rd Street, LLC, and the separate summary judgment motion of the defendant A&S Tile & Marble, Inc., which were made returnable 12 and 54 days, respectively, beyond the deadline fixed by the Supreme Court in a so-ordered stipulation, as the defendants failed to

demonstrate good cause for the delay (*see* CPLR 2004, 3212 [a]; *Brill v City of New York*, 2 NY3d 648, 652 [2004]; *Anderson v Kantares*, 51 AD3d 954 [2008]; *Jackson v Jamaica First Parking, LLC*, 49 AD3d 501 [2008]; *DiBenedetto v Lowe's Home Ctrs., Inc.*, 43 AD3d 853 [2007]).

In light of the foregoing, we need not reach the defendants' remaining contentions. Angiolillo, J.P., Dickerson, Lott and Miller, JJ., concur.